

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2021

No. 04-20-00442-CV

**IN THE INTEREST OF J.A., Y.A., A.A., CHILDREN,**
Appellant

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI01637
The Honorable Monique Diaz, Judge Presiding

# O R D E R

Appellant's first unopposed motion for extension of time to file brief is GRANTED. Appellant's brief is due April 27, 2021.

It is so **ORDERED** on this 29th day of March, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court